1983 Form

CV-13-BE-1378-W

# In the United States District Court
# For the Northern District of Alabama

James Bailey #213067
565 Bibb Ln. B-1-44-B
Brent, AL. 35034.

(Enter above the full name(s) of the
plaintiff(s) in this action.)

v.

Willie Thomas, Warden ET. AL.
John Hutton Captain
Ms Butler Captain
I.C.S. Sgt. Rutledge

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____ N/A _____

      Defendant(s) _____ N/A _____

   2. Court (if Federal Court, name the district; if State Court, name the county)

      _____ N/A _____

   3. Docket Number _____ N/A _____

   4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  565 BIBB LANE B-1-44B

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (X)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not? WE DO NOT HAVE A GRIEVANCE PROCEDURE IN PLACE AT THIS INSTITUTION

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) JAMES BAILEY #213067 B-1-44-B

   Address 565 BIBB LANE, BRENT, AL 35034

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant John Hutton
is employed as Captain
at 565 Bibb Lane, Bibb County, Correctional facility's

C. Additional Defendants SGT. Rutledge, SCT of I.C.S.,
Captain Butler
Willie Thomas, Warden et. al.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I James Batley, was place in seg on 6-1-2013, when I questioned why I was placed in seg SGT Rutledge, and Captain John Hutton, said the fed's called here and told us to lock you up for a 72 hour investigation, now I've been here 45 days and counting, my parents have even called down here asking why, Captain Hutton, said it was because of a couple of old disciplinary actions which is not true! This is a violation of my civil rights, and a question of law, this is cruel, and unusual punishment, I'am not the only one they've done this to.

- 3 -

V.  RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT OUT OF THIS SEQ UNIT, AND ALSO WANT A TRANSFER AWAY FROM THE INSTITUTION, AS SOON AS POSSIBLE.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-15-2013
(date)

B-1-44-B
x James Hailey 213067
565 BIBB LN. BRENT, AL. 35034

Signature(s)

- 4 -